UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

LISA M. M.,
Plaintiff,
v.
SSA COMMISSIONER,
Defendant.

Case No. 26-cv-01533-RMI

**JUDGMENT**

On October 29, 2026, the court entered an order resolving a Social Security appeal. Pursuant to Federal Rule of Civil Procedure 58, the court hereby **ENTERS** judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 29, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California